UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ |
| v. | § Case No. 5:98-CR-28RS<br>§<br>§ |
| Victor Garcia Villarreal<br>Defendant | §<br>§ |

NOTICE OF APPEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Take notice that Victor Garcia Villarreal, defendant in the above captioned case appeals to the United States Court of Appeals for the Eleventh Circuit from the imposition of the order entered (doc. 231) by the district court named above entered on September 5th, 2017 denying the correction of presentence report.

DATE: 9/13/2017

*[signature]*

Victor Garcia Villarreal
88984-179
FCC Petersburg
P.O. Box 1000
Petersburg, VA. 23804

CERTIFICATE OF SERVICE

I, Victor Garcia Villarreal, hereby certify a true and correct copy was sent to the U.S. Attorney Michael T. Simpson at 111 North Adams Street (Fourth Fl) Tallahassee, FL. 32301 this 13th day of September, 2017 via U.S. mail.

DATE: 9/13/2017

*[signature]*

1 of 2

Filed 0918'17 UsDcFln 5AM1020

ADDENDUM TO NOTICE OF APPEAL

This appeal is based on the Supreme Court's recent decision in United States v. Molina-Martinez (No. 14-8913, decided April 20, 2016). The defendant seeks plain error review under Federal Rules of Criminal Procedure 52(b). According to the ruling in Molina-Martinez, the defendant believes this appeal is meritorious.

DATE: 9/13/2017

Victor Garcia Villarreal
88984-179
FCC Petersburg
P.O. Box 1000
Petersburg, VA. 23804

Victor M. Villarreal
# 88984-179
Federal Correctional Complex
P.O. Box 1000
Petersburg, Va. 23804

RICHMOND VA 230
14 SEP 2017 PM 2

32401-275959
LEGAL MAIL

⇔88984-179⇔
Us District Court l
30 W Government ST
P C Beach, FL 32401
United States

